# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

DAVID ROSS BROOKS, #2549186          §
                                     §
v.                                   §     Civil Action No. 4:24-cv-01031
                                     §     Judge Mazzant/Judge Davis
DOCTOR ROBERT YOUNG, ET AL.          §

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 18, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #18) that this civil action be dismissed without prejudice for failure to prosecute.

Having received the report of the United States Magistrate Judge, and no timely objections having been filed,[1] the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that this civil action is **DISMISSED WITHOUT PREJUDICE**. All motions not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this 7th day of June, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

---

[1] On May 28, 2026, a copy of the report was returned as undeliverable and marked, "RETURN TO SENDER– Released 04/14/26." (Dkt. #19). Plaintiff has not updated his address with the Court.